# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DENNIS POINTER,**

    **Plaintiff,**

vs.

    Case No. 2:24-cv-1807
    Chief Judge Sarah D. Morrison
    Magistrate Judge Elizabeth P. Deavers

**ANNITTEE CHAMBERS-SMITH,** *et al.*,

    **Defendants.**

## ORDER

Plaintiff initiated this action on April 16, 2024. (ECF No. 1.) The Court will conduct an initial screening of the Complaint as soon as practicable to identify cognizable claims and to recommend dismissal of Plaintiff's Complaint, or any portion of it, which is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). The Court will then enter an appropriate order.

Until the Court has performed its initial screen, Plaintiff is **DIRECTED** to cease filing documents with the Court. Plaintiff is **ADVISED** that the Court will **STRIKE** any future filings from the record until the Court performs its initial screen.

    **IT IS SO ORDERED.**

Date: September 12, 2024            /s/ *Elizabeth A. Preston Deavers*
                                                  ELIZABETH A. PRESTON DEAVERS
                                                  UNITED STATES MAGISTRATE JUDGE